AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States District Court
Southern District of Texas
FILED

APR 25 2016

David J. Bradley, Clerk

United States of America
v.
Karen Judith Reyes-Oliva
*Yusi Yu peo*
MEX CTZ 1991

Case No. M-16-0746-M

Defendant(s)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __04/23/2016__ in the county of __Hidalgo, Texas__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 1791 | Providing or Possessing Contraband In Prison |

This criminal complaint is based on these facts:

See Attachment:

☑ Continued on the attached sheet.

_____
Complainant's signature

Omar Saenz - Deputy US Marshal
Printed name and title

Sworn to before me and signed in my presence.

Date: April 25, 2016  9:19 am

_____
Judge's signature

Peter E Ormsby
U.S. Magistrate Judge
Printed name and title

City and state: McAllen, Texas

Attachment

On 08/23/2016 at approximately 8:50am Deputy US Marshal (DUSM) Omar Saenz was informed by Major Pena from the East Hidalgo Detention Center that a female tried to smuggle a cellular telephone into the correctional facility. Major Pena informed DUSM Saenz that the female was identified as Karen Yudith **REYES-OLIVA** (DOB: 08/04/1991) who was on the facility to visit her boyfriend Guillermo Coronel (USM# 96528379) who was currently in US Marshal custody on a possession of cocaine. Major Pena further informed DUSM Saenz that **REYES-OLIVA** went into the gates and into the security metal detector disregarding all posted warning signs of no cell phones or contraband allowed in the correctional facility. Upon walking through the metal detector **REYES-OLIVA** activated the audible alarm warning the correctional guards. Correctional Officers then asked **REYES-OLIVA** to remove her belt, upon doing so officers noticed a bulge on her left side waistband. Correctional Officers asked **REYES-OLIVA** to step aside and asked "what is it" and **REYES-OLIVA** replied that the bulge was a "pregnancy patch". Correctional Officers asked **REYES-OLIVA** to show what she was concealing in her waistband, upon doing so officers noticed a white plastic block item. The Correctional guards proceeded to open the white plastic block item that was wrapped with a clear plastic wrap and white paper towel with tape. It was revealed the item was a white cellular phone with a block charger and a data/power cable. **REYES-OLIVA** was then taken to a secure room within the East Hidalgo Detention Center for questioning. La Villa Police Officers were contacted and **REYES-OLIVA** was taken to the La Villa Police Department for further questioning.

DUSM Saenz and DUSM Javier Farias arrived at the La Villa Police Department (LVPD) and met with La Villa Police Officers who had the seized phone, charger and cord which was wrapped with tissue paper along with plastic wrap and had already taken a statement from **REYES-OLIVA**. DUSM Farias contacted Assistant United States Attorney (AUSA) Linda Requenez to ask what was needed for a possible prosecution in this circumstance and it was noted that AUSA Requenez was already prosecuting the detainee's boyfriend Guillermo Coronel on a drug/cocaine case.

LVPD Officers informed DUSM Saenz and DUSM Farias that **REYES-OLIVA** story did not add up and made no sense however **REYES-OLIVA** was willing to answer any questions. DUSM Saenz and DUSM Farias then proceeded to interview **REYES-OLIVA**, before questioning **REYES-OLIVA** was read her Miranda rights in her native language and **REYES-OLIVA** acknowledged by signing USM-308 form Waiver of Rights. **REYES-OLIVA** was advised by DUSM Saenz and Farias multiple times to state the truth and not provide false or misleading information. **REYES-OLIVA** further provided two statements that seemed inconsistent with each other. On **REYES-OLIVA** first account she stated that she simply forgot to take out the cellphone upon entering the correctional facility and did not pay attention to the warning signs posted inside and outside the facility. On **REYES-OLIVA**'s second account she states that while in Reynosa that an unknown man named Juan called her home and asked her to give the cell phone to an unknown person named Manuel that she was going to meet outside the East Hidalgo Detention Center visitor parking lot area. **REYES-OLIVA** was then to give the cell phone to the same unknown subject named Manuel however that Manuel was to supposed to give the cell phone to an unknown inmate inside the facility that is either a cousin or brother to Juan and then lend the phone to **REYES-OLIVA**'s boyfriend Guillermo Coronel. Both statements were documented on a USM-11S Report of

Witness/Defendant Statement. It was noted that **REYES-OLIVA** did not live in the United States and resided in Reynosa, Mexico and would only cross to visit her boyfriend in La Villa, Texas. **REYES-OLIVA** *also informed DUSM Saenz and Farias that she had a very close relationships with Guillermo Coronel in* which she would call the correctional facility two times a day everyday of the week to speak to her boyfriend Guillermo Coronel and she had visited him at the East Hidalgo Detention Center on over 40 to 50 occasions. AUSA Requenez was notified and informed about the statements that **REYES-OLIVA** had provided and also mentioned **REYES-OLIVA** lived in Mexico. Given the circumstance DUSM Saenz and Farias arrested **REYES-OLIVA** due to the fact that the elements of the violation could be proven therefore **REYES-OLIVA** was taken into custody. It is noted that AUSA Requenez would be prosecuting **REYES-OLIVA** under **18 USC 1791 (providing or possessing contraband in prison).**

**REYES-OLIVA** was arrested with no incident and all property was handed to her mother in law Raquel Casas (Guillermo CORONEL's mother) who was in the LVPD lobby. Cell-phone, charger and cord were turned over to DUSM Saenz and now in USMS custody. LVPD statements and police reports were provided. **REYES-OLIVA** was booked into Willacy Co. Detention Center.

DUSM Saenz and DUSM Farias afterwards went to the EHDC to photograph, obtain all documentation and to speak to the guards and upper management who were present during the initial seizure of the cell-phone. Videos, commissary logs and additional documentation will be provided Monday 04/25/2016.